UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SCOTT C. CABIBI, ) | Case No.: 09-CV-03768-LHK |
| Plaintiff, ) | |
| v. ) | ORDER REQUESTING U.S. MARSHAL TO SERVE COMPLAINT |
| COMMISSIONER OF SOCIAL SECURITY, ) | |
| Defendant. ) | |

Plaintiff filed his first complaint, seeking review of a determination of the Social Security Administration (SSA), on August 17, 2009.  Compl. (Dkt. No. 1).  On August 21, 2009, Judge Ware (to whom this case was previously assigned) issued an order dismissing the complaint with leave to amend.  Specifically, Judge Ware held that because Plaintiff did not allege the date of the SSA's decision, it was impossible to determine if the Plaintiff's complaint was timely.  *See* August 21, 2009 Order (Dkt. No. 4); 42 U.S.C. § 405(g).   The Order also states that "[u]pon filing of the Amended Complaint, the Clerk shall issue the Summons.  It is further ordered that the U.S. Marshal for the Northern District of California serve, without prepayment of fees, a copy of the Amended Complaint, scheduling orders, attachments, Plaintiff's affidavit and this order upon Defendant."  In the same Order, Judge Ware granted Plaintiff leave to proceed *in forma pauperis*.

On September 9, 2009, Plaintiff filed an amended complaint attaching a letter from the SSA dated July 28, 2009.  The letter states that Plaintiff's request for an extension of time to seek judicial review to 35 days from July 28, 2009.  Because Plaintiff's initial complaint was filed

1

Case No.: 10-CV-02337-LHK
ORDER GRANTING/DENYING MOTION TO TRANSFER

1   August 17, 2009, it appears his complaint was timely.  However, no Summons has been issued and

2   it appears that Defendant has not been served with the required documents.

3   Accordingly, it is hereby ordered that the Clerk shall issue the Summons.  Pursuant to

4   Plantiff's *in forma pauperis* request having been granted, the U.S. Marshal shall serve, with

5   prepayment of fees a copy of the Amended Complaint (Dkt. No. 5), the Scheduling Order (Dkt.

6   No. 3), the August 21, 2009 Order (Dkt. No. 4), additional information submitted by Plaintiff (Dkt.

7   Nos. 6, 7), and this Order upon Defendants.

8   **IT IS SO ORDERED.**

9   Dated: December 10, 2010



LUCY H. KOH
United States District Judge

2

Case No.: 10-CV-02337-LHK
ORDER GRANTING/DENYING MOTION TO TRANSFER