UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SCOTT C. CABIBI, | Case No.: 09-CV-03768-LHK |
| Plaintiff, | |
| v. | ORDER EXTENDING TIME FOR PLAINTIFF TO FILE MOTION FOR |
| COMMISSIONER OF SOCIAL SECURITY, | SUMMARY JUDGMENT OR REMAND |
| Defendant. | |

Defendant answered Plaintiff's Amended Complaint on March 16, 2011. Pursuant to the Social Security Procedural Order (Dkt. No. 3), Plaintiff had 30 days from this date (until April 13, 2011) to file either a Motion for Summary Judgment or a Motion to Remand. On March 22, 2011, Plaintiff filed a one-page document titled "Answer to Answer to Amended Complaint," asking the Court to grant him his requested relief. This document does not constitute a Motion for Summary Judgment or a Motion to Remand. As of today, April 18, 2011, Plaintiff has not filed a Motion for Summary Judgment or Remand.

Because Plaintiff is representing himself, the Court hereby grants an extension of **30 days from the date of this Order** for Plaintiff to file a Motion for Summary Judgment or Remand. The Plaintiff is encouraged to contact the Federal Legal Assistance Self Help Center (FLASH) by calling 408-297-1480.

If Plaintiff fails to submit a Motion for Summary Judgment or Remand within 30 days, this case will be dismissed for failure to prosecute.

1  **IT IS SO ORDERED.**

2  Dated: April 18, 2011



LUCY H. KOH
United States District Judge

2

Case No.: 09-CV-03768-LHK
ORDER EXTENDING TIME FOR PLAINTIFF TO FILE MOTIONS